AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
February 03, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____CL_____
DEPUTY

| United States of America | )|
|---|---|
| v. | ) |
| Jeremy Scott Allred | )  Case No. **DR:24-M-286-01** |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __02/02/2024__ in the county of __Val Verde__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922 (g) (9) | Possession of a firearm by a prohibited person - Domestic violence conviction |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

SA Trevor Tucker
Printed name and title

Sworn to before me and signed in my presence.

Date: 2/3/24

_____
Judge's signature

City and state: Del Rio, TX

Hon. Matthew Watkins, USMJ
Printed name and title

On January 20, 2024, Federal Bureau of Investigation (FBI) aerial surveillance observed a large group of suspected migrants get detained by multiple subjects who possessed long guns. Shortly after they were observed Texas Department of Public Safety (DPS) Sergeant Ryan Glenn and United States Border Patrol arrived on scene. Sergeant Glenn advised at least one subject with a long gun ran into the brush. Sergeant Glenn approached Gregory Joseph GIBSON and advised him he was trespassing on private property. During the encounter GIBSON stated he was with the group that had been with the migrants. GIBSON stated he had a pistol in the door.

Sergeant Glenn approached several other subjects on the property and asked them if they had permission to be there. The group advised they did not have permission. The subjects were all informed they were on private property and that it was a crime to do that and a felony to do it with a firearm. Sergeant Glenn asked the subjects who had a rifle, a subject later identified as Jeremy Scott ALLRED (DOB: 11/21/1973) advised he had a rifle. Sergeant Glenn asked if he had it out and ALLRED answered "yes". ALLRED advised the rifle is currently in his truck (a red Ford Ranger bearing license plate: TN 131BJPW). ALLRED also had a pistol on his hip. ALLRED advised he knew he had a domestic violence conviction from "years and years ago." A complete criminal history check verified ALLRED had a misdemeanor domestic violence conviction in 2004.

ALLRED was informed by Sergeant Glenn that under Texas law he could possess a firearm but under federal law he was a federally prohibited person and he could not possess any ammunition or firearms. ALLRED released all of his firearms to members of the group he was with. All subjects were informed it is a state crime to trespass on private property and if they were in possession of a firearm while trespassing it was a felony. All subjects were released from the scene.

On February 2nd, 2024, FBI Special Agents observed a subject they knew to be ALLRED openly carrying a hand gun on his hip. Shortly after FBI Special Agents observed ALLRED, Texas DPS Sergeant Ryan Glenn conducted a consensual encounter with ALLRED and contacted FBI. FBI arrived on scene a short time later and spoke with ALLRED. ALLRED advised he was informed a couple weeks ago by Texas DPS he could not have a firearm under federal law. ALLRED was placed under arrest by FBI Special Agents without incident and was transported to the Del Rio FBI Resident Agency for processing and a custodial interview.

ALLRED was advised of his Miranda Warning and agreed to waive his rights and speak with Agents. ALLRED advised he knew of his domestic violence conviction in 2004 and advised he was informed by Texas DPS he was a federally prohibited person and that he was told he could not possess a firearm. ALLRED admitted to carrying a firearm and he did it for his own protection. ALLRED advised he did not bring his rifle to the border on this trip due to DPS informing him of his federal prohibited status.

ALLRED was in possession of one Canik TP9 Elite handgun, serial number T6472-20CB 38985, manufactured by Samsun Domestic Defense and Industry Corporation which is located in Samsun, Turkey.