UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| v. | § | DR-24-M-00286 |
| (1) JEREMY SCOTT ALLRED | § § § | |

### ORDER OF DETENTION PENDING TRIAL

On February 8, 2024, the Court held a Preliminary Hearing pursuant to Federal Rule of Criminal Procedure 5.1 and Detention Hearing pursuant to the Bail Reform Act, 18 U.S.C. 3142(f). For the following reasons, the Court finds that probable cause exists under Federal Rule of Criminal Procedure 5.1, and **IT IS ORDERED** that the Defendant be **DETAINED.**

At the hearing, Assistant United States Attorney Rex Beasley represented the Government, and Mr. Jaime J. Zampierollo-Vila represented the Defendant. The Government called Federal Bureau of Investigation Special Agent Trevor Tucker to testify and proffered the Pretrial Services Report, which was admitted without objection. The Defendant called Jennifer Allred, the Defendant's wife, to testify on the Defendant's behalf.

### Findings of Fact

According to the credible testimony and information submitted at the hearing, the Defendant was arrested on February 2, 2024, in Del Rio, Texas, for allegedly illegally possessing a firearm.

Based on credible testimony and information submitted at the hearing, the Court finds probable cause exists to believe that a violation of 18 U.S.C. § 922, the offense alleged in the criminal complaint, has been committed and that Defendant committed it. Further, the Court finds by a preponderance of the evidence that the Defendant poses a serious risk of flight and by

clear and convincing evidence that release of the Defendant will endanger the safety of any other person or the community due to, among other factors, the Defendant's multiple law enforcement encounters involving the possession of a firearm in short succession and the pending criminal matters pertaining to the Defendant.  The Court further finds that no conditions or combination of conditions will reasonably assure the appearance of the Defendant as required or the safety of any other person and the community.  Accordingly, **IT IS ORDERED** that Defendant be **DETAINED**.

## II.  Directions Regarding Detention

The Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practical, from persons awaiting or serving sentences or being held in custody pending appeal.  The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of the Court or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshals Service for the purpose of an appearance in connection with a court proceeding.

**SIGNED** this 8th day of February, 2024.

_____
MATTHEW H. WATTERS
UNITED STATES MAGISTRATE JUDGE